UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:04-CR-5356 AWI |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| JASWANT SINGH, ) | CASH BAIL |
| ) | |
| Defendants. ) | |
| _____) | |

    The above-named defendant having surrendered to the Bureau of Prisons as directed;

    IT IS HEREBY ORDERED that the cash bail in the amount of $10,000.00 be returned to the surety, Kulwant Singh.


Dated: _January 26, 2007        _/s/ ANTHONY W. ISHII_____
                                             ANTHONY W. ISHII
                                             United States District Judge