PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | Docket Number:  1:04CR05356-015 AWI |
| **Jaswant SINGH aka Sunny** | |

On November 27, 2006, the above-named was placed on supervised release for a period of 2 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Melinda S. Peyret

**MELINDA S. PEYRET**
**Senior United States Probation Officer**

Dated:    6/13/2008
          Fresno, California
          mp

**REVIEWED BY:**    /s/ Bruce A. Vasquez
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   SINGH, Jaswant**
     **Docket Number:   1:04CR05356-015 AWI**
     **ORDER TERMINATING SUPERVISED RELEASE**
     **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   July 1, 2008**                              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE